IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**TRACY LANAL GUINN**                                                         **PLAINTIFF**

V.                                   **CASE NO.: 2:24-CV-2131**

**COMMISSIONER,**
Social Security Administration                                  **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on March 20, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the Administrative Law Judge's decision is **AFFIRMED**, and Plaintiff's case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 4th day of April, 2025.

                                                             /s/ Timothy L. Brooks
                                                             TIMOTHY L. BROOKS
                                                             UNITED STATES DISTRICT JUDGE